# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 11, 2014

Robert P. Young, Jr.,
Chief Justice

148966 & (52)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re McCARRICK/LAMOREAUX, Minors.

SC: 148966
COA: 315510
Chippewa CC Family Division:
13-014227-NA

_____/

On order of the Court, the application for leave to appeal the February 18, 2014 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the February 18, 2014 judgment of the Court of Appeals, and we REMAND this case to the Court of Appeals for its reconsideration of the respondent's jurisdictional issue, in light of *In re White*, unpublished opinion per curiam of the Court of Appeals, issued December 19, 2013 (Docket No. 313770); *In re McClain/Waters/Skinner*, unpublished opinion per curiam of the Court of Appeals, issued December 20, 2011 (Docket No. 302460); and *In re Klemkow*, unpublished opinion per curiam of the Court of Appeals, issued September 16, 2010 (Docket No. 295488). The motion to consolidate is DENIED as moot, but without prejudice to the filing of a similar motion in the Court of Appeals on remand. We direct the Court of Appeals' attention to the fact that we have also remanded *In re McCarrick* (Docket No. 148749) to the Court of Appeals for plenary consideration of the same issue.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 11, 2014

s0408



Clerk